UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | 3:12-CR-239 |
| | ) | |
| STEVEN JONES (7) | ) | |

## SCHEDULING ORDER

**THIS MATTER** is before the Court *sua sponte*. In advance of the March 10, 2014 trial date for Defendant Jones, the Court orders that:

Motions to compel discovery, motions to suppress, motions under Rules 7, 8, 12, 13, 14, 16, 18, and 41 of the Federal Rules of Criminal Procedure, and motions *in limine* shall be filed no later than **February 14, 2014**.[1] Responses to those motions shall be filed no later than **February 21, 2014**. Reply briefs shall be filed no later than **February 27, 2014**. Proposed jury instructions shall be filed no later than **February 28, 2014**.

**SO ORDERED**.

Signed: January 15, 2014

Graham C. Mullen
United States District Judge

---

[1] The Court notes that motions *in limine* have already been filed in this matter pursuant to the Court's previous scheduling order in this case (Doc. Nos. 427 & 428). The parties are free to rely on the existing motions or withdraw them and file new motions if they choose.