UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 3:12-CR-239 |
| STEVEN JONES (7) | ) | |
| | ) | |

**ORDER**

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Continue Trial (Doc. No. 518) and Motion to Amend/Correct (Doc. No. 519). In light of Defendant's motion, the Court will conduct a status conference on Tuesday March 4, 2014 at 11 a.m. in order to set a new trial date and coordinate other pre-trial matters in this case. In advance of the conference and the setting of a new trial date, the Court will suspend the pre-trial filing deadlines previously set in this matter as to Defendant Jones.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Amend/Correct (Doc. No. 519) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall convene for a status conference on **Tuesday March 4, 2014 at 11 a.m. in Courtroom 3**. All pre-trial deadlines in this matter as to Defendant Jones are suspended and will be re-set at a later date.

**SO ORDERED**.

Signed: February 21, 2014

Graham C. Mullen
United States District Judge