# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 3:12-CR-239 |
| STEVEN JONES (7), | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

**THIS MATTER** is before the Court on Defendant's Motion for Acquittal (Doc. No. 634) and Motion for New Trial (Doc. No. 635). In those motions, Defendant requests acquittal and a new trial, but also requests that the Court enlarge the time for filing supplemental briefs in support of his motions to allow for the preparation of trial transcripts. On that limited basis, his motions are **GRANTED in part**. The Court will extend the time in which Defendant may file supplemental briefs in support of his motions, should he choose to file such briefs, until he has had an opportunity to review the trial transcripts.

**IT IS THEREFORE ORDERED** that Defendant's motions are **GRANTED in part**. Defendant shall have additional time to file supplemental briefs in support of his motions to allow for review of the trial transcripts. The Court will hold those motions in abeyance until it has an opportunity to consider Defendant's supplemental briefs and the Government's responses.

**IT IS FURTHER ORDERED** that counsel for Defendant shall notify the Court once the transcripts are completed and suggest a timeframe for the filing of his supplemental briefs, should he choose to file such briefs.

**SO ORDERED**.

Signed: February 9, 2015

Graham C. Mullen
United States District Judge