UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 3:12-CR-239 |
| STEVEN JONES (7), | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

**THIS MATTER** is before the Court in reference to the parties' Notice and Joint Proposed Briefing Schedule (Doc. No. 904). In accordance with the Court's order of February 9 (Doc. No. 861), the parties propose a supplemental briefing schedule for Defendants' Motion for Acquittal (Doc. No. 634) and Motion for New Trial (Doc. No. 635).

**IT IS THEREFORE ORDERED** that the schedule for the filing of supplemental briefs regarding Defendants' motions is as follows:

| | |
|---|---|
| Due Date for Defendant's Supplemental Briefs: | **March 20, 2015** |
| Due Date for Government's Opposition Briefs: | **March 30, 2015** |
| Due Date for Defendant's Reply Briefs, if any: | **April 6, 2015** |

**SO ORDERED**.

Signed: March 6, 2015

Graham C. Mullen
United States District Judge