# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:12-CR-00239-GCM-DCK

| | |
|---|---|
| USA, | )<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) **ORDER** |
| | ) |
| STEVEN JONES, | )<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER** is before the Court on its own motion. Defendant Steven Jones was originally scheduled to be sentenced on September 2, 2015. He was unable to attend that hearing on account of severe health issues. A second hearing was scheduled for January 6, 2016. Defendant was again unable to attend because of his health.

At this time, Defendant's serious health problems preclude the Court from attempting to schedule another sentencing hearing. For this reason, Defendant's sentencing is continued and will be re-set at a later date.

Counsel for Defendant and the Government shall periodically confer regarding Defendant's ability to attend a sentencing hearing. Counsel for Defendant is ordered to promptly notify the Court if Defendant's condition improves.

**SO ORDERED.**

Signed: January 7, 2016

Graham C. Mullen
United States District Judge

SEALED DOCUMENT with access to Specified Parties/Defendants.