IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CR-00239-GCM-DCK

| | |
|---|---|
| **UNITED STATES,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **STEVEN JONES,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court pursuant to the Order of the United States Court of Appeals for the Fourth Circuit (ECF Doc. 1339), which, in light of the appellant's death, dismissed the subject appeal as moot and remanded the case to this court with instructions to vacate appellant's conviction and sentence, including the order of restitution; order repayment of any monies paid as a consequence of appellant's conviction; and dismiss all indictments related to appellant's underlying conviction.

**IT IS THEREFORE ORDERED** that:

1. Appellant's conviction and sentence, including the order of restitution, are **VACATED**;

2. Any monies paid by appellant as a consequence of appellant's conviction shall be repaid forthwith; and

3. All indictments related to appellant's underlying conviction are **DISMISSED**.

**SO ORDERED**.

Signed: March 25, 2021

Graham C. Mullen
United States District Judge